## 74827. BRUCE v. THE STATE.
(359 SE2d 736)

DEEN, Presiding Judge.

The appellant, Harry Wayne Bruce, was convicted of commercial gambling. The sole issue in his appeal is whether a City of Atlanta police officer, who is also a deputy sheriff of Fulton County, has the authority to apply for, obtain and execute a search warrant in Clayton County. OCGA §§ 17-5-20 and 17-5-21 provide that any officer of this state or its political subdivisions charged with the duty of enforcing the criminal laws may apply for a search warrant. OCGA § 17-5-24 also provides that "[t]he search warrant . . . shall be directed for execution to all peace officers of this state." Accordingly, the City of Atlanta police officer/Fulton County deputy sheriff in this case was authorized to apply for and execute the search warrant in Clayton County. See *Fowler v. State*, 128 Ga. App. 501 (197 SE2d 502) (1973).

*Judgment affirmed. Birdsong, C. J., and Pope, J., concur.*

DECIDED JULY 13, 1987.

*Donald O. Nelson*, for appellant.

*Robert E. Keller, District Attorney, Todd E. Naugle, Assistant District Attorney,* for appellee.